UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-20889-CR-MARTINEZ/OTAZO-REYES

UNITED STATES OF AMERICA

    Plaintiff,

vs.

DAVID JAMES GOLDAMMER,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defendant's Motion to Suppress Evidence [ECF No. 26], filed on February 4, 2019.

**THE MATTER** was referred to United States Magistrate Judge Alicia M. Otazo-Reyes, and accordingly, the Magistrate Judge conducted an evidentiary hearing on February 28, 2019. A Report and Recommendation [ECF No. 46] was filed on March 18, 2019, recommending that Defendant's Motion to Suppress be **Denied**.

The parties were afforded the opportunity to file written objections if any, fourteen (14) days from the date of the report and the record reveals that a Notice of No Objection to the Report and Recommendation [ECF No. 53] was filed by Defendant's Counsel and noted by this Court. After a *de novo* review of the Record and Magistrate Otazo-Reyes' well-reasoned Report and Recommendation, it is hereby:

**ORDERED AND ADJUDGED** that United States Magistrate Judge Alicia M. Otazo-Reyes' Report and Recommendation [ECF No. 46] is hereby **ADOPTED AND AFFIRMED** in its entirety. Defendant's Motion to Suppress Evidence [ECF No. 26] is **DENIED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3 day of April, 2019.

                                        JOSE E. MARTINEZ
                                      UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel Of Record